## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

_____

**William O. Daggett, Jr.;**

      **Plaintiff;**

  -**against**-

**Robert Gaydos, 1SourceAdmin, LLC; and Norvax, LLC;**

      **Defendants.**

_____

**ORIGINAL COMPLAINT AND DEMAND FOR JURY TRIAL**

**Civil Action No. 2:16-cv-00305**

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff William O. Daggett, Jr. gives notice that the above-captioned action is voluntarily dismissed against all defendants. No defendant has filed an answer or motion for summary judgment.

Date:   January 18, 2017

                              Respectfully submitted,

                              ***/s/John D. Stasny***
                              John D. Stasny
                              Attorney for Plaintiff
                              Woolmington, Campbell, Bernal & Bent, P.C.
                              4900 Main Street
                              P.O. Box 2748
                              Manchester Center, VT 05255
                              john@greenmtlaw.com
                              802-362-2560

WOOLMINGTON, CAMPBELL, BERNAL & BENT, P.C.
MANCHESTER, VERMONT